UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION   **CR421-0096**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(a)(6) |
| | ) **False Statement During** |
| JORDAN KORNEGAY | ) **Purchase of a Firearm** |
| a/k/a "CALEB JONES" | ) |
| | ) 18 U.S.C. § 1028A |
| | **Aggravated Identity Theft** |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*False Statement During Purchase of a Firearm*
18 U.S.C. § 922(a)(6)

On or about February 3, 2021, in Chatham County, within the Southern

District of Georgia, the defendant,

### JORDAN KORNEGAY
### a/k/a "CALEB JONES"

in connection with the acquisition of a firearm, to wit: a Century Arms, model WASR-

10, 7.62 caliber rifle, from CRC Guns and Weaponry, a licensed dealer of firearms

within the meaning of Chapter 44, Title 18, United States Code, knowingly made a

false and fictitious written statement and knowingly furnished and exhibited a false,

fictitious, and misrepresented identification to CRC Guns and Weaponry, which

statement and identification was intended and likely to deceive CRC Guns and

Weaponry, as to a fact material to the lawfulness of such sale of the said firearm to

the defendant under chapter 44 of Title 18, in that defendant did execute a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives

form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew he was not the actual buyer of the firearm, and in that the defendant did present a Georgia provisional driver's license in the name of Caleb Jones and represent said identification as his true name.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
*False Statement During Purchase of a Firearm*
18 U.S.C. § 922(a)(6)

On or about February 6, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

## JORDAN KORNEGAY
### a/k/a "CALEB JONES"

in connection with the acquisition of a firearm, to wit: Glock, model 32 Gen4, .357 caliber pistol, from CRC Guns and Weaponry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement and knowingly furnished and exhibited a false, fictitious, and misrepresented identification to CRC Guns and Weaponry, which statement and identification was intended and likely to deceive CRC Guns and Weaponry, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew he was not the actual buyer of the firearm, and in that the defendant did present a Georgia provisional driver's license in the name of Caleb Jones and represent said identification as his true name.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
*Aggravated Identity Theft*
18 U.S.C. § 1028A

On or about February 3, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

### JORDAN KORNEGAY
### a/k/a "CALEB JONES"

did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18, United States Code, Section 1028A(c), to wit, False Statement During Purchase of a Firearm in violation of Title 18, United States Code, Section 922(a)(6), knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

All in violation of Title 18, United States Code, Section 1028A.

## COUNT FOUR
*Aggravated Identity Theft*
18 U.S.C. § 1028A

On or about February 6, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

## JORDAN KORNEGAY
## a/k/a "CALEB JONES"

did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18, United States Code, Section 1028A(c), to wit, False Statement During Purchase of a Firearm in violation of Title 18, United States Code, Section 922(a)(6), knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

All in violation of Title 18, United States Code, Section 1028A.

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Frank M. Pennington, II
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division