UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **4:21-cr-96** |
| v. | ) | |
| | ) | |
| **JORDAN KORNEGAY,** | ) | |
| Defendant | ) | |

## ORDER GRANTING LEAVE

Defendant's counsel has filed a motion for leave of court. Having considered the motion, it is hereby granted.

Defendant's counsel shall have leave of court for the following dates:

1. July 14, 2023 through and including July 24, 2023.

SO ORDERED this the 2nd day of May, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA